No. 98–9062. JORDAN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 98–9078. BOWLING v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 98–9082. TAYLOR v. SOCIETY OF ST. VINCENT DEPAUL ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–9089. BROOKS v. MADDING, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9092. SCHLEEPER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–9094. SMITH v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 98–9160. LOWERY v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–9197. SYVERTSON v. HUKEE. Dist. Ct. N. D., Richland County. Certiorari denied.

No. 98–9201. SHEPPARD v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–9233. ELROD v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–9256. RICHARDSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9305. MANCUSO v. HERBERT, SUPERINTENDENT, COLLINS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–9318. WHITE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–9331. CARDWELL v. WATKINS. C. A. 7th Cir. Certiorari denied.